UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| ALTERA INFRASTRUCTURE PROJECT SERVICES LLC, | ) Case No. 22-90129 (MI) ) |
| Reorganized Debtors. | ) (Formerly Jointly Administered ) Under Lead Case: Altera ) Infrastructure L.P., ) 22-90130) |

**CERTIFICATE OF NO OBJECTION TO THE FINAL FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 25, 2022 THROUGH NOVEMBER 3, 2022**
(Related Docket No. 675, Case No. 22-90130 (MI))

The undersigned hereby certifies as follows:

1.  On January 10, 2023, the *Final Fee Application Of Pachulski Stang Ziehl & Jones LLP For Allowance Of Compensation For Services Rendered As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 25, 2022 Through November 3, 2022* [Docket No. 675] (the "Application") was filed with the Court in the former lead case: Case No. 22-90130 (MI) (the "Former Lead Case").

2.  Responses, if any, to the Application were required to have been filed with the Court on or before January 31, 2023 (the "Response Deadline"). On that same date, the Court entered the *Final Decree Closing Certain of the Chapter 11 Cases* [Docket No. 698] (the "Final Decree") in the Former Lead Case, which, *inter alia*, closed the Former Lead Case and directed that further actions with respect to, *inter alia*, fee applications be filed in Case No. 22-90129 (MI) (the "Remaining Case").

DOCS_NY:47009.1 03002/002

-1-

3.	The Response Deadline has passed and no responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases, including the Former Lead Case or the Remaining Case, or was served upon the undersigned counsel. Accordingly, the undersigned respectfully requests that the form of Order granting the Application attached hereto be entered at the earliest convenience of the Court. The attached form of Order has been non-substantively modified from the form attached to the Application to reflect its filing in the Remaining Case due to the entry of the Final Decree.

| | |
|---|---|
| Dated: February 1, 2023 | /s/ Michael D. Warner |
| | Michael D. Warner (TX Bar No. 00792304) |
| | Benjamin L. Wallen (TX Bar No. 24102623) |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 440 Louisiana Street, Suite 900 |
| | Houston, TX 77002 |
| | Telephone:	(713) 691-9385 |
| | Facsimile:	(713) 691-9407 |
| | Email:  mwarner@pszjlaw.com |
| | 	bwallen@pszjlaw.com |
| | |
| | – and – |
| | |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Alan J. Kornfeld (admitted *pro hac vice*) |
| | Malhar S. Pagay (admitted *pro hac vice*) |
| | 10100 Santa Monica Blvd., 13th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 277-6910 |
| | Facsimile: (310) 201-0760 |
| | Email:  rpachulski@pszjlaw.com |
| | 	akornfeld@pszjlaw.com |
| | 	mpagay@pszjlaw.com |
| | |
| | *Counsel for the Official Committee of Unsecured Creditors* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of February, 2023, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

                                                     */s/ Michael D. Warner*
                                                     Michael D. Warner