**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| ALTERA INFRASTRUCTURE PROJECT SERVICES LLC, | § § § | Case No. 22-90129 (MI) |
| Debtors.[1] | § § | (Jointly Administered) |
| | § | **Re: Docket No.** __ |

**ORDER GRANTING FIRST AND FINAL APPLICATION
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES INCURRED BY FTI CONSULTING, INC., AS FINANCIAL
ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION,
FOR THE PERIOD AUGUST 12, 2022 THROUGH NOVEMBER 3, 2022**

The Court has considered the *First and Final Application for Allowance of Compensation and Reimbursement of Expenses Incurred by FTI Consulting, Inc., as Financial Advisor to the Debtors and Debtors In Possession, for the Period August 12, 2022 through November 3, 2022* (the "Application") filed by FTI Consulting, Inc. (the "Applicant").

**THE COURT FINDS THAT:**

A.   In making the following findings, the Court has considered the novelty and difficulty of the questions, issues, and problems addressed by the Applicant's services through its representation of the Debtors during the chapter 11 cases.

B.   The time that the Applicant spent on services provided to the Debtors, as recorded in the Application, was reasonable and necessary based on the complexity, importance, and nature of the chapter 11 cases.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' Claims and Noticing Agent at https://cases.stretto.com/Altera. The location of Debtor Altera Infrastructure L.P.'s principal place of business and the Debtors' service address in these chapter 11 cases is Altera House, Unit 3, Prospect Park, Prospect Road, Arnhall Business Park, Westhill, AB32 6FJ, United Kingdom.

1

C. The billing rates that the Applicant charged are comparable to, and reasonable based on, rates charged by other professionals with similar experience and expertise in the Southern District of Texas.

D. The services provided by the Applicant were necessary to the administration of the chapter 11 cases.

**IT IS THEREFORE ORDERED THAT:**

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $3,594,646.21.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Dated: _____, 2023

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE