IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| ALTERA INFRASTRUCTURE PROJECT SERVICES LLC,[1] | ) Case No. 22-90129 (MI) |
| Reorganized Debtors. | ) (Formerly Jointly Administered Under Lead Case: Altera Infrastructure L.P., 22-90130) |

**SUPPLEMENTAL DECLARATION OF DAVID RUSH IN SUPPORT OF THE DEBTORS' APPLICATION FOR AUTHORITY TO EMPLOY AND RETAIN FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION, EFFECTIVE AS OF AUGUST 12, 2022**

Pursuant to 28 U.S.C. § 1746, David Rush hereby declares as follows:

1. I am a Senior Managing Director at FTI Consulting, Inc. (together with its wholly owned subsidiaries, "FTI"), a global financial advisory services firm and financial advisor to the above-captioned debtors and debtors in possession ("Debtors"). I submit this supplemental declaration (the "Supplemental Declaration") in further support of *Debtors' Application for Authority to Employ and Retain FTI Consulting, Inc. as Financial Advisor to the Debtors and Debtors in Possession, Effective as of August 12, 2022* [Docket No. 230] (the "Application"),[2] filed on September 12, 2022. Except as otherwise noted, I have personal knowledge of the matters set forth herein and if called as a witness, would testify competently thereto.

---

[1] A complete list of each of the reorganized Debtors in these chapter 11 cases (collectively, the "Reorganized Debtors," and before the January 6, 2023, effective date of the chapter 11 plan, collectively, the "Debtors") may be obtained on the website of the Reorganized Debtors' Claims and Noticing Agent at https://cases.stretto.com/Altera. The location of Reorganized Debtor Altera Infrastructure Project Services LLC's principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is Altera House, Unit 3, Prospect Park, Prospect Road, Arnhall Business Park, Westhill, AB32 6FJ, United Kingdom.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

2. In support of the Application, the Debtors filed the *Declaration of David Rush in Support of the Debtors' Application for Authority to Employ and Retain FTI Consulting, Inc. as Financial Advisor to the Debtors and Debtors in Possession, Effective as of August 12, 2022* [Docket No. 230] (the "Original Declaration") as Exhibit C to the Application. On October 6, 2022, the Court entered an order granting the Application and authorizing the employment and retention of FTI as financial advisor to the Debtors [Docket No. 325] (the "Retention Order").

3. I submit this Supplemental Declaration in support of the Application and to supplement, but not replace, the disclosures set forth in the Original Declaration in accordance with Bankruptcy Rules 2014(a) and as required under the Retention Order.

**Additional Disclosures**

4. FTI has searched its internal computer database[3] containing names of individuals and entities that are present or recent former clients of FTI for connections to parties in interest in these chapter 11 cases. In addition to the entities searched and disclosed in the Original Declaration, FTI searched its internal computer database for the new entities listed on **Schedule 1** attached hereto. A summary of such relationships that FTI identified during this process is set forth on **Schedule 2**, attached hereto.

5. In addition, FTI re-ran searches in its electronic database for the entities that were previously reviewed and set forth on Schedule 1 to the Original Declaration. Any new client connections for entities identified in the Original Declaration are also set forth on **Schedule 2** to this Supplemental Declaration. All current and prior engagements of the parties identified on **Schedule 2** are in matters unrelated to the Debtors and these chapter 11 cases.

---

[3] For the avoidance of doubt, FTI's computer database covers FTI Consulting, Inc. and its wholly-owned subsidiaries globally.

6. Based on the disclosures herein and the Original Declaration, to the best of my knowledge, FTI does not hold or represent any interest adverse to the estate, and therefore believes it continues to be eligible to represent the Debtors.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2023                             */s/ David Rush*
                                                    David Rush
                                                  Senior Managing Director
                                                  FTI Consulting, Inc.

Schedule 1

LISTING OF ADDITIONAL PARTIES-IN-INTEREST
REVIEWED FOR CURRENT RELATIONSHIPS

**NOTICES OF APPEARANCE**

| | |
|---|---|
| Kristian Gluck | Matthew Scheck |
| Julie G. Harrison | Patricia B. Tomasco |
| Jason Blanchard | Equinor UK Limited |
| Michael Berthiaume | J. Eric Lockridge |
| David Rosenzweig | KEAN MILLER LLP |
| Francisco Vazquez | Michael D. Warner |
| Paul M. Basta | Benjamin L. Wallen |
| Brian S. Hermann | PACHULSKI STANG ZIEHL & JONES LLP |
| Jacob A. Adlerstein | Richard M. Pachulski |
| Andrew J. Ehrlich | Alan J. Kornfeld |
| Gregory F. Laufer | Malhar S. Pagay |
| Douglas R. Keeton | Lawrence S. Robbins |
| John F. Higgins | Robert J. Lack |
| M. Shane Johnson | FRIEDMAN KAPLAN SEILER & ADELMAN LLP |
| Emily D. Nasir | |
| Porter Hedges LLP | Gregory M. Wilkes |
| Paul E. Heath | Emma L. Persson |
| Elias M. Medina | O'MELVENY & MYERS, LLP |
| Matthew W. Moran | Daniel S. Shamah |
| Trevor A. Spears | Shari L. Heyen |
| Emil A. Kleinhaus | GREENBERG TRAURIG, LLP |
| Michael S. Benn | Michael B. Fisco |
| Benjamin S. Arfa | Peter D. Kieselbach |
| Michael H. Cassel | Serasa S.A. |
| Stephanie A. Marshak | Joseph D. Frank |
| Ronald A. Hewitt | Karen V. Newbury |
| Martin E. Beeler | FRANKGECKER LLP |
| Thomas A. Woolley, III | WELLS FARGO CLEARING SERVICES, LLC |
| Carissa Brewster | |
| McCloskey Roberson Woolley, PLLC | Donald R. Littlefield |
| U.S. Bank Trust Company, N.A. | Susan A. Logsdon |
| Benjamin I. Finestone | BRESSLER, AMERY & ROSS, P.C. |

**RESPONSES TO EQUITY CLAIM OBJECTIONS**

| | |
|---|---|
| Bohdan Dowhaluk | June Mera |
| Luba Dowhaluk | Jeffrey M. Kowalski |
| Hiromi Yoneda | Virginia K. Schwingel |
| Hideko Yamamoto | Erin-Kate Escobar |
| Janice Gay Yamamoto | Kaelyn Chapman |
| Alex Castro | Freya Read |
| Dennis Dunne | Mark Madson |
| Thomas Grudkowski | Gail Madson |
| Meredith Mullins | Wayne Busby |
| Kimm Hogue | Yolanda Busby |
| Eric Garcia | Arnulfo Garcia |
| John Mera | Minerva Garcia |

1

Schedule 1

# LISTING OF ADDITIONAL PARTIES-IN-INTEREST
# REVIEWED FOR CURRENT RELATIONSHIPS

| | |
|---|---|
| Katherine Douglas | Gretchen Greer Britt |
| Warren Miller | Claud Elledge |
| Michael Grudkowski | David M. Taggart |
| George Ferris Lipscomb | Gene Vallortigara |
| Amanda Caldwell Beason | Jay Vallortigara |
| Brenda Taylor | Li Shin Wu |
| Jesse E. Sprayberry | Daniel McLoughlin |
| Judith A. Frazier | David Belport |
| Eula H. Ingram | Jia-Yen Weng |
| Bobbie Cobb | William John Price |
| Lisa A. Vieira | Lishin Wu |
| Geoffrey G. Stedman | Ana Isabel Martell |
| Kimberly H. Stedman | Andrew K Sheldon |
| James P. Jarrell | John T. Lesley |
| Liane Komure | Joseph Baxer |
| Chris Kinard | Mary Ghobrial |
| Dorothy E. Cain | Refaat Makkar |

**OBJECTION TO PLAN**

James J. Angel

**CLAIM OBJECTIONS**

| | |
|---|---|
| Adams, Lee | Cain, Dorothy E. |
| Allen & Judith Daitch Trust | Calzolari, Laura |
| Allen, Charlotte | Castro, Alex |
| Alsid, Diane | Chan, Kit Mei |
| Alsid, Gerald John | Chapman, Kaelyn |
| Andruk, Gregory A. | Charles Schwab & Co. Inc. |
| Anthony K. Baker Trust | Cheek, Johanna |
| Baird, Martina A. | Chen, Hsiaoting |
| Baker, James A. | Chun, Ko Hung |
| Barnes, Christopher L. | Cielo Revocable Trust |
| Baumgartner, E. John | Clare B. Devlin Revocable Trust U/A Dated 03/13/1997 |
| Baxer, Joseph J. | |
| Beason, Amanda C. | Clark, Phillip |
| Bengier, John | Clere, Larry |
| Bengier, Pamela | Cobb, Bobbie |
| Bennett, Michael | Coleman, James |
| Bert V. Borngesser III Trustee | Cossel, Wilbert |
| Bert Vance Borngesser III | Cramblit, Joseph |
| Bodine, Norman | Crews, John R. |
| Borngesser, Nancy L. | Crowley, Jane Marie |
| Boyd, Clarence | Daitch, Mark |
| Briaire, Dominique | David J. Dreyfus & Camille V. Dreyfus Living Trust |
| Britt, Gretchen Greer | |
| Bruce Dean Dearman 2007 Living Trust | David J. Dreyfuss & Camille V. Dreyfuss Trust U/A 5/08/1982 |
| Busby, Yolanda | |

2

**Schedule 1**

**LISTING OF ADDITIONAL PARTIES-IN-INTEREST**
**REVIEWED FOR CURRENT RELATIONSHIPS**

| | |
|---|---|
| De Kleiman, Sandra Tobal | Gretchen Greer Britt Bene IRA Corinne Doty Greer Deed. |
| Dearman, Bruce Dean | Grim, Michael G. |
| Dearman, Sarah Meadows | Grudkowski, Michael |
| Demcak, Carolyn | Grudkowski, Thomas |
| Devlin, Clare B. | Gst, Ben Etkin |
| Dilda, Joyce | Gunther, Frederick |
| Dipalma, Frank T. | Hanover Packard Group LLC, The |
| Donlan, John | Har, Siu Lai |
| Donna Ilene Chrenka Living Trust dated 10/23/08, The | Harris, Christina |
| Douglas, Katherine | Harwell, Patricia |
| Dowhaluk, Bohdan | Harwell, Robert |
| Dowhaluk, Luba Yurkiw | Hatchell, Elizabeth |
| Dunne, Dennis | Heimstraedt, Lorraine |
| Duty, David | Herr, David T. |
| Elledge, Claud | Herrmann, Kathleen |
| EP Coz | Herrmann, Robert |
| Escobar, Erin Kate | Hester, Cynthia Jones |
| Etkin & Co. Inc. | Hogue, Kimm |
| Eugene A. Bova Exemption Trust | Hooper, Tamara Melody |
| Eula H. Ingram Roth IRA RBC Cap Markets Cust | Hsieh, Meng-Shu |
| Feagin, William | Hu, Jun |
| Feria, Guillermo | Ingram, Eula H. |
| Fidelity Security Custody for William Richardson IRA | Ira, Gregory Barr |
| Finley, Johanne Etkin | Jain, Ashok K. |
| Forte, Michael J. | Jain, Neelima |
| Frazier, Janet | Jarrell, James |
| Fuller, Frederick | Jensen, Carol A. |
| Furey, Edward P., Jr. | Johns, Deborah |
| Furey, Patricia | Johnson, Henry C. |
| Garcia, Arnulfo | Kalin, Sharon |
| Garcia, Eric | Katherine K. Modahl Living Trust |
| Garcia, Minerva | Kin, Chan Ka |
| George Rose Bethel Community Cemetery, The | Kinard, Chris |
| Gernon, John Dean | King Family Trust, The |
| Ghobrial, Mary | Knippel, Wayne L. |
| Gianelli, John | Komure, Liane |
| Gianelli, Martha | Konde, Joseph |
| Gibb, Daniel R. | Kook, Marita |
| Gizzi, Paul | Kook, Raymond L. |
| Go, Ka Wai | Kotsol, Paul |
| Grant, Susan P. | Kowalski, Jeffrey |
| Graves, Gary | Krell, G. Kent |
| Graves, Gary G. | Kukucka, Joseph R. |
| Graves, Shirley J. | Kurt A. & Anne E. Beyreis Joint Tenants |
| | Kwan, Sum Hong Samuel |
| | Labroke, David M. |

**Schedule 1**

**LISTING OF ADDITIONAL PARTIES-IN-INTEREST**
**REVIEWED FOR CURRENT RELATIONSHIPS**

| | |
|---|---|
| Labrousse, Joseph Lionel | Ratkovich, William L. |
| Larose, Richard A. | Reiner, Po Mark |
| Leinwand, Kenneth | Revocable Trust of John Robert Demeester |
| Leon, Dale E. | Rich, Deborah |
| Leslie, Judith Podesta | Rich, Jerry |
| Leslie, Neil William | Richardson, William |
| Lipscomb, George F. | Rivera, Veronica |
| Lithgow, Enrique W. | Robbins Nancy L. |
| Lowell W. Wallace Survivors Trust | Rodriguez, Robin Kevin |
| Lu, Shan | Ronald F. Pergamit Trust |
| Lu, Tory | Rovinsky, Mitchelle |
| Lyon, Joanne E. | Salvey, John C. |
| Madson, Gail | Sarah M. Dearman 2007 Living Trust |
| Mahar, Jeanne Marie | Saulnier, Joseph |
| Makkar, Refaat | Saunders, Larry A. |
| Man, Ho Hoi | Sayre, Stevan F. |
| Marcil, Sallie | Schmucler, Sergio |
| Marcil, Thomas | Schultheis, Richard |
| Martell, Ana Isabel | Schwingel, Virginia |
| Martin, William C., III | Serna, David R. |
| McCaskey, Douglas E. | Settimi, Patricia L. |
| McMichael, Brian C. | Sheldon, Andrew |
| Megura, Jim | Shelor, Bonnie J. |
| Meng-Shu, Hsieh | Smalkoski, John C. |
| Mera, John | Smith, Robert Scot |
| Miller, Warren | Smith, Thomas E. |
| Mills, Ralph | Snyder, Franklin R., Jr. |
| Monbleau, Sally | Sola, Jose Rolando |
| Morillo, Patricia | Stines, Mary Lou |
| Morrison, Frank Thomas | Stoliar, Saul Kleiman |
| Mosely, Patricia C. | Sullivan, Christina B. |
| Mullins, Meredith | Sullivan, Robert C. |
| Mulvanny, Thomas J. | Taylor, Brenda |
| Murdock, Russell E. | Tejada, Jose Fernando Mesa |
| Murphy, Charles | Tobal, Alexis Estela Kleiman |
| Murray, Chris | Tobal, Lauren Kleiman |
| Neumann, Gary W. | Tuthill, Cheryll Hall |
| Palermo, Lucien | Tybus, Andrew P. |
| Pederson, Richard B. | Vidor, Bela |
| Perez, Kathleen J. | Vieira, Lisa |
| Piotrasch, Michael | Vierkant, Matthew |
| Plaskett, Howard S. | Wallace, Lowell W. |
| Price, Roderick | Wang, Aaron W. |
| Pringle, Donald E. | Watts-Fitzgerald, Abigail |
| Pringle, Heather A. | Weng, Jia-Yen |
| Pringle, Landon Lee | Weng, Wanting |
| Rabon, Bonnie | Wilson, Bryce Houston |

**Schedule 1**

**LISTING OF ADDITIONAL PARTIES-IN-INTEREST**
**REVIEWED FOR CURRENT RELATIONSHIPS**

| | |
|---|---|
| Wilson, Harold E. | Yu, An Jin |
| Wilson, Terri S. | Yuen, Wai Ling |
| Wolin, Ronald | Zacher, Brian |
| Wong, Ka Cheong | Zanders, Linda Martin |
| Wu, Iishin | Zeevy, Yishay |
| Yamamoto, Hideko | Zucker, Jane E. |
| Yamamoto, Janice | Zucker, Miriam S. |
| Yoneda, Hiromi | |

**Schedule 2**

**PARTIES-IN-INTEREST NOTED FOR COURT DISCLOSURE**

**Matters Not Relating to Debtors**

**CURRENT CLIENTS:**

| | |
|---|---|
| BRESSLER, AMERY & ROSS, P.C. | NIBC Bank N.V. |
| Brookfield Group | O'MELVENY & MYERS, LLP |
| Charles Schwab & Co. Inc. | PACHULSKI STANG ZIEHL & JONES LLP |
| DBS Bank Ltd | Petróleo Brasileiro S.A. - Petrobras |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | Porter Hedges LLP |
| | PriceWaterhouseCoopers |
| GREENBERG TRAURIG, LLP | Societe Generale, London Branch |
| ING Bank N.V., Singapore Branch | U.S. Bank Trust Company, N.A. |
| International General Insurance Company Ltd | WARTSILA NETHERLANDS BV |
| KEAN MILLER LLP | WARTSILA UK |
| Kirkland & Ellis | Watson Farley |
| KPMG AS | WeWork |

**FORMER CLIENTS:**

| | |
|---|---|
| DNB Capital LLC | Vistra Limited |
| OON & BAZUL LLP | WELLS FARGO CLEARING SERVICES, LLC |
| Schjodt AS | |
| SCHJODT LLP | |

1